**Opinion issued June 15, 2021**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-20-00704-CV**

_____

**DAISIA  PERRY, Appellant**

**V.**

**THE LIFE AT EMERALD OAKS, Appellee**

---

**On Appeal from the County Court at Law No. 3**
**Galveston County, Texas**
**Trial Court Case No. CV-0087224**

---

## MEMORANDUM OPINION

Daisia Perry appeals a judgment of eviction that awarded her landlord possession of an apartment, back rent, and attorney's fees.

Perry was pro se in the trial court. Through her trial testimony, she admitted that she owed rent and utilities for the months of April, May, June, July, August, and September 2020. Trial testimony established that these expenses totaled $5,105.01.

During the pendency of the suit, Perry paid $1,643 into the Registry of the Court. On the day of trial, she testified she was prepared to pay another $820. According to trial testimony, this left $1,472.92 in unpaid rent and $349.09 in unpaid utilities.

At the trial court's suggestion, the parties attempted to establish a payment plan to bring Perry current on her rent and utilities. The parties announced in open court that a resolution could not be reached.

After receiving documentary evidence and testimony, the trial court entered a judgment of eviction and awarded the landlord past rent and attorney's fees. Perry appealed.

Perry did not file an appellate brief by the briefing deadline. After the deadline passed, Perry filed a motion for a 30-day extension to file her brief. Perry did not file her brief within that 30-day period. Later, Perry filed a one-page letter brief that failed to include any citations to legal authority or the appellate record.

An appellate brief "must contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record." TEX. R. APP. P. 38.1(i). Pro se litigants are held to the same standard as those represented

by counsel. *Mansfield State Bank v. Cohn*, 573 S.W.2d 181, 184–85 (Tex. 1978).

Perry has waived her appellate issues challenging the judgment.

## Conclusion

The trial court's judgment is affirmed.


Sarah Beth Landau
Justice

Panel consists of Chief Justice Radack and Justices Landau and Countiss.